**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN 279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Clinton Rooney

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLINTON ROONEY,** | **Case No.:** 14-cv-1249 JAH (NLS) |
| Plaintiff, | **NOTICE OF APPEARANCE BY MATTHEW M. LOKER** |
| v. | |
| **RITE AID CORPORATION,** | |
| Defendant. | |

///

///

///

**NOTICE OF APPEARANCE BY MATTHEW M. LOKER**          PAGE 1 OF 2

**TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the following attorney hereby states his appearance as Co-Counsel for Plaintiff Clinton Rooney.

Matthew M. Loker, Esq. (SBN: 279939)

Kazerouni Law Group, APC

245 Fischer Avenue, Unit D1

Costa Mesa, CA 92626

Telephone: (800) 400-6808

Facsimile: (800) 520-5523

Email: ml@kazlg.com

Date: May 20, 2014                                                     **KAZEROUNI LAW GROUP, APC**

                                                                      By:  /s Matthew M. Loker
                                                                           MATTHEW M. LOKER, ESQ.
                                                                           ATTORNEY FOR PLAINTIFF