Douglas J. Campion (SBN 75381)
doug@djcampion.com
LAW OFFICES OF DOUGLAS J. CAMPION, APC
409 Camino Del Rio South, Suite 303
San Diego, California 92108
Tel: 619.299.2091
Fax: 619.858.0034

Jay Edelson*
jedelson@edelson.com
Rafey S. Balabanian*
rbalabanian@edelson.com
Benjamin H. Richman*
brichman@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Pro hac vice application forthcoming.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON ROONEY, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>*Defendant*. | Case No. 3:14-cv-01249-JAH-NLS<br><br>**PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL** |

1 Plaintiff Clinton Rooney ("Rooney") hereby gives notice that, subject to the
2 Court's approval, attorneys Jay Edelson, Rafey S. Balabanian and Benjamin H.
3 Richman of Edelson PC[1] and Douglas J. Campion of the Law Offices of Douglas J.
4 Campion, APC ("Substituting Counsel"), shall substitute in the place of Abbas
5 Kazerounian of Kazerouni Law Group, APC, Robert L. Hyde of Hyde & Swigart,
6 and Stephen G. Recordon of Recordon & Recordon ("Withdrawing Counsel"), as
7 his counsel of record in this matter.

8 Contact information for Substituting Counsel is as follows:

| | |
|---|---|
| Jay Edelson<br>jedelson@edelson.com<br>Rafey S. Balabanian<br>rbalabanian@edelson.com<br>Benjamin H. Richman<br>brichman@edelson.com<br>EDELSON PC<br>350 North LaSalle Street, Suite 1300<br>Chicago, Illinois  60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378 | Douglas J. Campion (SBN 75381)<br>doug@djcampion.com<br>LAW OFFICES OF DOUGLAS J. CAMPION, APC<br>409 Camino Del Rio South, Suite 303<br>San Diego, California  92108<br>Tel: 619.299.2091<br>Fax: 619.858.0034 |

15                    *                              *                              *

16                                        Consenting to the above substitution,

17                                        **Clinton Rooney**

18 Dated:  August 29, 2014        By:  */s/ Clinton Rooney*

19
                                        **Jay Edelson**
20                                      EDELSON PC

21 Dated:  August 29, 2014        By:  */s/ Jay Edelson*

22
                                        **Rafey S. Balabanian**
23                                      EDELSON PC

24 Dated:  August 29, 2014        By:  */s/ Rafey S. Balbanian*

25

26

---

[1] Attorneys Jay Edelson, Rafey S. Balabanian and Benjamin H. Richman of Edelson PC shall separately seek admission *pro hac vice* as counsel of record for Plaintiff Rooney.

|   |   |   |
|---|---|---|
| 1 |   | **Benjamin H. Richman**<br>EDELSON PC |
| 2 | Dated:  August 29, 2014 | By: */s/ Benjamin H. Richman* |
| 3 |   | **Douglas J. Campion**<br>Law Offices of Douglas J. Campion, APC |
| 4 |   |   |
| 5 | Dated:  August 29, 2014 | By: */s/ Douglas J. Campion* |
| 6 |   | **Abbas Kazerounian**<br>**Kazerouni Law Group, APC** |
| 7 |   |   |
| 8 | Dated:  August 29, 2014 | By:  */s/Abbas Kazerouian* |
| 9 |   | **Robert L. Hyde**<br>**Hyde & Swigart** |
| 10 |   |   |
| 11 | Dated:  August 29, 2014 | By:  */s/Robert L Hyde* |
| 12 |   | **Steven G. Recordon**<br>**Recordon & Recordon** |
| 13 | Dated:  August 29, 2014 | By: */s/ Steven G. Recordon* |

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to each of the signators listed above, and that they have consented to and provided their approval to attach their electronic signature to this document.

Dated: September 3, 2014          */s/ Douglas J. Campion*

Douglas J. Campion
**LAW OFFICES OF DOUGLAS J. CAMPION, APC**
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I, Douglas J. Campion, an attorney, certify that on September 4, 2014, I served the foregoing *Plaintiff's Notice of Substitution of Counsel* by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this the 4th day of September, 2014.

*/s/ Douglas J. Campion*