

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Clinton Rooney

**Plaintiff,**

v.

Rite Aid Corp.

**Defendant.**

Civil No. 3:14-cv-01249

## PRO HAC VICE APPLICATION

Plaintiff
Party Represented

I, __Benjamin H. Richman__ hereby petition the above entitled court to permit me
(Applicant)

to appear and participate in this case and in support of petition state:

My firm name: Edelson PC

Street address: 350 North LaSalle Street, Suite 1300

City, State, ZIP: Chicago, Illinois 60654

Phone number: 312.589.6370

Email: brichman@edelson.com

That on __Nov. 5, 2009__ I was admitted to practice before __the Illinois Supreme Court__
(Date) (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☒ have) ☐ have not)   concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case Hall v. AD Boom Group, Inc.

Case Number 3:14-cv-01262-JM-JMA        Date of Application 06/20/2014

Application: ☒ Granted   ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Douglas J. Campion                                    619.299.2091
(Name)                                                (Telephone)

Law Offices of Douglas J. Campion, APC
(Firm)

409 Camino Del Rio South, Suite 303        San Diego, CA                92108
(Street)                                    (City)                      (Zip code)

_____
(Signature of Applicant)

I hereby consent to the above designation.

_____
(Signature of Designee Attorney)