UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON ROONEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RITE AID HDQTRS. CORP., a Delaware Corporation,<br><br>Defendant. | Case No. 14-cv-1249 JAH (NLS)<br><br><u>CLASS ACTION</u><br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>Courtroom 13B (Annex)<br>The Hon. John A. Houston |

Based on the Joint Motion of the parties [Document 32], and good cause appearing, the Court grants the request to dismiss this action WITH PREJUDICE as to as to all individual claims asserted by Plaintiff Clinton Rooney against Defendant Rite Aid Hdqtrs. Corp., and WITHOUT PREJUDICE as to any claims by the alleged, un-named, putative class members.

DATED: April 14, 2015

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE